

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

January 24, 2017

**BY ECF AND FACSIMILE**
Hon. John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street, Room 1030
New York, NY 10007-1581
Fax: (212) 805-7912

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.   1/26/17

Re:   *United States v. Narco Freedom, Inc., et al.*, 12 Civ. 3674 (JGK)

Dear Judge Koeltl:

We write respectfully on behalf of plaintiff the United States of America (the "United States") in accordance with the order of the Court dated January 11, 2017 (the "January 11 Order"), which directed the United States to provide a status report no later than today.

Since we last communicated the status of this matter to the Court at the January 10, 2017 conference, we have continued to engage with a number of the defendants regarding settlement. We anticipate that, in the very near future, we will have finalized the terms of a resolution with Narco Freedom, Inc., Joining Hands Management Incorporated, and Devorah Haigler, pending final authorization from the U.S. Department of Justice. We also are engaged in productive settlement discussions with the remaining defendants that are active in the case. In light of these discussions, we respectfully ask that the stay of this matter remain in place for 30 days, until February 23, 2017, at which time the United States will provide another status report. We also ask that the Court's prior directive to defendant Gerald Bethea (as to whom this matter has been stayed since July 20, 2016) to update the Court no later than February 17, 2017, regarding the status of the criminal action currently pending against him in New York State Court, remain in effect notwithstanding the stay of this matter. The United States will respond to Mr. Bethea's status update as necessary in its February 23, 2017 status report.

We thank the Court for its attention this matter and consideration of these requests.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1-26-17

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York

By: _s/Cristine Irvin Phillips_
CRISTINE I. PHILLIPS
KIRTI V. REDDY
Assistant United States Attorneys
86 Chambers Street
New York, New York 10007
Tel.: (212) 637-2696/2751
Fax: (212) 637-2702
Cristine.Phillips@usdoj.gov
Kirti.Reddy@usdoj.gov