**O'Connor & Petromelis, LLP**
*Attorneys at Law*

| | |
|---|---|
| 30 Wall Street, 8th Floor<br>New York, New York 10005<br>917-589-5926<br>914-533-0098 Fax | P.O. Box 29<br>Latham, NY 12110<br>518-391-2893<br>518-320-8501 Fax |

January 29, 2017

Hon. John G. Koeltl
United States District Court Judge
U.S. District Court of the Southern District of
New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   12 cv 3674
      United States v. Narco Freedom, Inc. (Bethea)

Dear Hon. Judge Koeltl:

Please accept this letter as a response to the status update provided by the United States Attorney for the Southern District of New York.

We are still in settlement talks on both the criminal and civil cases brought by the State of New York. We are hopeful for a positive outcome in the very near future. At the same time, there is an appearance on the criminal case on January 31, 2017. We will update this Court prior to February 17, 2017, per the Court's prior order, or sooner if circumstances demand. We also reached out to the United States Attorney this past week indicating our interest in beginning settlement talks shortly, once the New York State criminal case is resolved in a settlement prior to trial.

We continue to work hard towards a resolution in these cases. We will continue to update the Court, pursuant to the Court's Order to Stay the case.

Respectfully submitted,

*[signature]*

Simone Petromelis, Esq. (SP1962)
O'Connor & Petromelis, LLP
30 Wall Street, 8th Floor
New York, New York 10005
917-589-5926
914-533-0098 Fax
simone@ocplaw.com