UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

    Plaintiff-Intervenor,

    v.

NARCO FREEDOM, INC., ALAN BRAND,
GERALD BETHEA, JOINING HANDS
MANAGEMENT INCORPORATED, BERNARD
RORIE and DEVORAH HAIGLER,

    Defendants.

------------------------------------- x

12 Civ. 3674 (JGK)

**CONSENT JUDGMENT**

Upon the consent of plaintiff United States of America and defendants Devorah Haigler and Joining Hands Management Incorporated, it is hereby

ORDERED, ADJUDGED, and DECREED: that the United States of America is awarded judgment in the amount of $141,180.00, as against Devorah Haigler and Joining Hands Management Incorporated, for which each shall be jointly and severally liable, as well as post-judgment interest at the rate of 2.4% per annum compounded daily.

Agreed to by:

*For the United States*

Dated: New York, New York
June 27, 2017

JOON H. KIM
Acting United States Attorney for the
Southern District of New York

By: *Kirti Vaidya Reddy*
Kirti Vaidya Reddy
Cristine Irvin Phillips
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone No. (212) 637-2751/2696
Facsimile No. (212) 637-2786

*For Joining Hands and Haigler*

Dated: New York, New York
June 26, 2017

By: *Gary S. Villanueva*
Gary S. Villanueva, Esq.
11 Park Place, Suite 1601
New York, New York 10007
Telephone No. (917) 992-6673

*Devorah Haigler*
Devorah Haigler

Dated: New York, New York
~~June       2017~~
July 13, 2017

SO ORDERED:

*John G. Koeltl*
HONORABLE JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

2