O'Connor & Petromelis, LLP
*Attorneys at Law*

| | |
|---|---|
| 30 Wall Street, 8th Floor | P.O. Box 29 |
| New York, New York 10005 | Latham, NY 12110 |
| 917-589-5926 | 518-391-2893 |
| 518-320-8501 Fax | 518-320-8501 Fax |

September 29, 2017

Hon. John G. Koeltl
United States District Court Judge
U.S. District Court of the Southern District of
New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   12 cv 3674
      United States v. Narco Freedom, Inc. - Gerald Bethea

Dear Hon. Judge Koeltl:

Please accept this letter as an update on the above referenced matter.

Per the letter filed on September 25, 2017 by the United States Attorney, Gerald Bethea has reached an agreement-in-principle with the United States Attorney, subject to final approval by the Department of Justice. As the Court has lifted the stay on the case and has set a deadline for Gerald Bethea to file an answer to the complaint, by October 13, 2017, the United States Attorney has consented to an extension of time to file an answer, *sine die*.

As such, in light of the agreement-in-principle being reached with the United States Attorney and the United States Attorney consenting to an extension to answer, *sine die*, we would respectfully request that the Court grant Gerald Bethea an extension to answer *sine die,* to allow for the Department of Justice to approve the agreement-in-principle.

Respectfully submitted.

*[signature]*

Simone Petromelis, Esq. (SP1962)
O'Connor & Petromelis, LLP
30 Wall Street, 8th Floor
New York, New York 10005
917-589-5926
518-320-8501 Fax
simone@ocplaw.com