# O'CONNELL ARONOWITZ
ATTORNEYS AT LAW

October 3, 2017

**By ECF**
The Honorable John G. Koeltl
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re:    *United States v. Narco Freedom, Inc., et al.*, 12 Civ. 3674 (JGK)

Dear Judge Koeltl:

      We represent Defendant Alan Brand in the above-referenced action. We are in receipt of Your Honor's Order extending Defendants' time to answer the Complaint-In-Intervention to October 13, 2017 (Dkt. No. 126). We request that our time to answer be extended thirty (30) days to November 13, 2017.

      We have been advised by Your Honor's Deputy Clerk that Defendant's application for a pre-motion conference on a motion to dismiss (Dkt. No. 128) will be decided at the scheduled October 20, 2017 conference. Accordingly, we respectfully request that our time to answer be extended to after the conference.

      We thank the Court for its consideration of this request.

                              Respectfully submitted,

                              O'CONNELL AND ARONOWITZ

                              By:    **/s/ Mary T. Connolly**

                                    Mary T. Connolly

cc:    Counsel of Record (by ECF)

EDWARD J. O'CONNELL
1925-1939
SAMUEL E. ARONOWITZ
1925-1973
LEWIS A. ARONOWITZ
1951-1979

CORNELIUS D. MURRAY
FRED B. WANDER
STEPHEN R. COFFEY
JEFFREY J. SHERRIN
THOMAS J. DiNOVO
PAMELA A. NICHOLS
JEFFREY A. SIEGEL
JAMI DURANTE ROGOWSKI
DAVID R. ROSS
KURT E. BRATTEN
MICHAEL P. McDERMOTT
KELLY J. MIKULLITZ
WILLIAM F. BERGLUND
ROBERT J. KOSHGARIAN
MATTHEW J. DORSEY
GEORGE R. SLINGERLAND
F. MATTHEW JACKSON

OF COUNSEL

RICHARD S. HARROW
MEREDITH H. SAVITT
PAUL A. FEIGENBAUM
KEITH J. ROLAND
ARTHUR A. PASQUARIELLO
CRISTINA D. COMMISSO

ELIZABETH A. CONNOLLY
CHAD A. JEROME
SCOTT W. ISEMAN
BRITTNAY M. McMAHON
DANIELLE E. HOLLEY
KATHLEEN EVERS BROWN
MARY T. CONNOLLY
COURTNEY L. ALPERT
KELLAN B. POTTS

HOLLY E. VEGAS*
(*DIRECTOR, HEALTHCARE CONSULTING GROUP*)

*NOT A MEMBER OF THE LEGAL PRACTICE

54 STATE STREET • ALBANY, NY 12207 • (p) 518-462-5601 • (f) 518-462-2670
SERVICE BY FAX NOT ACCEPTED.
With offices in Albany, Latham, New York City, Plattsburgh and Saratoga Springs.
{O0082568.1}    www.oalaw.com