UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

                         Plaintiff,

-against-

Narco Freedom et al,

                         Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/22/2018

1:12-cv-03674 (JGK) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

The parties shall submit a joint letter regarding the status of discovery no later than April 23, 2018.

**SO ORDERED.**

DATED:    New York, New York
               March 22, 2018

_____
STEWART D. AARON
United States Magistrate Judge